UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
VIVIAN L. JOHNSON,                  :
                                    :         **ORDER**
            Plaintiff,              :
                                    :         08 Civ. 9645 (SAS)
    - against -                     :
                                    :
ALLIED BARTON SECURITY              :
SERVICES,                           :
            Defendant.              :
------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

Pro se plaintiff Vivian L. Johnson has informed this Court that she wishes to withdraw the above-captioned case. This case is therefore dismissed without prejudice and without costs. The Clerk of the Court is directed to close this case.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         May 4, 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09
```

## - Appearances -

**Plaintiff (Pro Se):**

Vivian L. Johnson
3355 14th Street
Apt. 9C
Astoria, NY 11106

**For Defendant:**

Marisa U. Sugarman, Esq.
Martenson, Hasbrouck & Simon LLP
3379 Peachtree Road, N.E.
Suite 400
Atlanta , GA 30326
(404) 909-8100

Janet B. Linn, Esq.
Eckert, Seamans, Cherin & Mellott LLC
10 Bank Street, Suite 1061
White Plains, NY 10606
(914) 286-2817